

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2014

No. 04-12-00108-CV

**IN THE INTEREST OF M.G.N.** and A.C.N., Minor Children,

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-17947
Honorable Antonia Arteaga, Judge Presiding

## O R D E R

On April 24, 2013, this court issued an opinion in this appeal wherein this matter was reversed and remanded to the trial court. On August 22, 2014, the Texas Supreme Court reversed this court's opinion and remanded the cause to this court for further proceedings consistent with its opinion.

This matter is reinstated on this court's docket. In light of the Texas Supreme Court's opinion, we **ORDER** the appellant to file its supplemental brief, if any, in this court on or before **October 23, 2014**. The appellee's supplemental brief, if any, will be due in this court thirty days after the date the appellant's supplemental brief is filed. If either party chooses not to file a supplemental brief, that party is **ORDERED** to notify this court of such fact in writing on or before **October 3, 2014**. If the appellant decides not to file a supplemental brief, the appellee may still file a supplemental brief, and such brief will be due thirty days after the date the appellant advises this court in writing that it does not intend to file a supplemental amended brief.

We **ORDER** the clerk of this court to serve copies of this order on the appellant, the appellee, and all counsel.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of September, 2014.

_____
Keith E. Hottle
Clerk of Court